UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                    **25-CR-208-LJV**

    v.

DAVID GOMEZ-CEGARRA,

               Defendant.

_____

### <u>Mr. Gomez-Cegarra Statement with Respect to Sentencing Factors</u>

1. I am an attorney with the Federal Public Defender's Office located at 300 Pearl Street, Suite 200, Buffalo, New York 14202, and I represent Mr. Gomez-Cegarra in the above-captioned case.

2. I make this Affirmation in accordance with USSG § 6A1.2 and hereby state that I have reviewed the Presentence Investigation report.

3. Mr. Gomez-Cegarra does not dispute the statements, conclusions, or other information contained in the PSR as it relates to the offense, the guidelines range, or the offender characteristics.

4. Mr. Gomez-Cegarra requests that the Court advise him about all information which it will consider in imposing his sentence, which negatively impacts on him and about which he has no prior notice from the Presentence Report, including, but not limited to, *ex parte* communications with United States Probation Officers. *United States v. Mueller*, 168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996). Mr. Gomez-Cegarra reserves the right to present any and all relevant, mitigating evidence at sentencing and to advocate for a sentence that is in accordance with the plea agreement.

**DATED**:          Buffalo, New York, March 23, 2026.

Respectfully submitted,

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
Counsel for Defendant

**TO:**   Evan Glaberson
Assistant United States Attorney

Natalie Harrington
United States Probation Officer

2